JOSEPH SCHLESINGER, #87692
Acting Federal Defender
JEROME PRICE, CA Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL D. MCMILLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 5:13-cr-00001 JLT |
| *Plaintiff,* | ) | |
| v. | ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; [~~PROPOSED~~] ORDER THEREON |
| MICHAEL D. MCMILLEN, | ) | |
| *Defendant.* | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Michael D. McMillin, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

DATED: January 28, 2013          /s/ Michael D. McMillin
                                 MICHAEL D. MCMILLIN

DATED: January 28, 2013          /s/ Jerome Price
                                 JEROME PRICE
                                 Assistant Federal Defender
                                 Attorney for MICHAEL D. MCMILLIN

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

DATED: January 28 , 2013

      /s/ Jennifer L. Thurston
Jennifer L. Thurston, Magistrate Judge
United States District Court
Eastern District of California